UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHEILA A. DONNELLY, )<br>  )<br>           Plaintiff, )<br>  )<br>vs. )<br>  )<br>YOUNG ELECTRIC SIGN COMPANY, etc., )<br>  )<br>           Defendant. )<br>_____ ) | 2:10-cv-1270-GMN-RJJ<br><br>**ORDER** |

   IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 31, 2011

   IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

   1.   Shall identify the discovery that has been completed;

   2.   Shall identify the discovery that remains outstanding;

   3.   Shall identify any pending discovery motions; and,

   4.   Shall detail all attempts to settle the case.

   DATED this  21st   day of December, 2010.

                                         _____
                                         ROBERT J. JOHNSTON
                                         United States Magistrate Judge