UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

SHEILA A. DONNELLY,                        )
                                           )
                              Plaintiff,   )    Case No.:  2:10-cv-1270-GMN-RJJ
                                           )
vs.                                        )
                                           )
YOUNG ELECTRIC SIGN COMPANY, a             )    **ORDER GRANTING PLAINTIFF'S**
Utah Corporation.                          )    **REQUEST FOR AN EXCEPTION**
                              Defendant.   )
                                           )
                                           )
_____   )

   **WHEREFORE**, on January 21, 2011, Plaintiff submitted a Request for an

Exception. Therefore, for good cause shown, this Court hereby **GRANTS** this request.

Plaintiff's Counsel Gary M. Gilbert and Shannon C. Leary are hereby excused from

attending the February 2, 2011 ENE.

It is so **ORDERED**.


Date:_____                  _____
        January 27, 2011                   Peggy A. Leen
                                           United States Magistrate Judge